1  RILEY A. CLAYTON
   Nevada Bar Number 005260
2
   HALL JAFFE & CLAYTON, LLP
3  6655 WEST SAHARA, SUITE E-102
   LAS VEGAS, NEVADA 89146
4  (702) 316-4111
   FAX (702) 316-4114
5
   Attorney for Defendant, Daniel Pinelo and
6  Ricardo Hernandez

7                       UNITED STATES DISTRICT COURT

8                            DISTRICT OF NEVADA

9  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION,
10
                                              CASE NO. CV-S-05-0427-LRH-PAL
                Plaintiff,
11
12 vs.
                                              STIPULATION TO EXTEND BRIEFING
13 CAESARS ENTERTAINMENT,                     SCHEDULE ON THE PENDING MOTION TO
   INCORPORATED, a Delaware Corporation,      DISMISS
14 PARK PLACE ENTERTAINMENT                   (First Request)
   CORPORATION, a Delaware Corporation,
15 and DOES 1-10, inclusive,

16              Defendants.

17 ELINA MASID, JESSICA ALVARADO
   PANAMENO, TANGE JOHNSON and
18 CANDELARIA TURCIOS,

19              Plaintiffs/Intervenors,

20 vs.

21 CAESARS ENTERTAINMENT,
   INCORPORATED, a Delaware Corporation,
22 PARK PLACE ENTERTAINMENT
   CORPORATION; DESERT PALACE, INC.,
23 a Nevada Corporation dba CAESARS
   PALACE; JUAN GONZALES; DANIEL
24 PINELO; RICARDO HERNANDEZ; and
   DOES 1-10, inclusive,

25              Defendants.

26
27
28

1  IT IS HEREBY STIPULATED AND AGREED between Defendant, Ricardo Hernandez, and Plaintiffs-Intervenors, Elina Masid, Jessica Alvarado Panameno, Tange Johnson, and Candelaria Turcios, by and through their respective counsel of record, that Defendant Ricardo Hernandez shall have until May 22, 2006, in which to file his Reply to Intervenor's Opposition to Motion to Dismiss. The basis for this request is that: (1) Ricardo Hernandez recently retained new counsel, the Hall Jaffe & Clayton, LLP, law firm; (2) the Hall Jaffe & Clayton, LLP, law firm is moving to a new office on May 12, 2006, and is currently in the process of packing up all files; and (3) the Opposition to Motion to Dismiss was not received, either electronically or by U.S. Mail, by Hall Jaffe & Clayton, LLP, until May 10, 2006, even though the Hall Jaffe & Clayton, LLP firm is duly noted on the Court's e-file/service list. As such, counsel for Defendant Ricardo Hernandez needs a full and fair opportunity in which to respond to the pending Opposition.

This is the request for an extension of the deadline to file its Reply brief to the opposition to the motion to dismiss is made in good faith, and is not made for purposes of delay.

Dated this 12th day of May, 2006.                Dated this 10th day of May, 2006

HALL JAFFE & CLAYTON, LLP                        LAW OFFICE OF FEDERICO SAYRE

By _____                       By _____
RILEY A. CLAYTON                                 ELLA CHATTERJEE
Nevada Bar No. 005260                            California Bar No. 149923
MARISA GUARINO                                   900 North Broadway, 4th Floor
Nevada Bar No.005975                             Santa Ana, California 92701
6655 West Sahara, Suite E-102                    Attorney for Plaintiff-Intervenors
Las Vegas, Nevada 89146
Attorney for Ricardo Hernandez

**ORDER**

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 22, 2006