Federico Castelan Sayre, CA SBN 67420
**LAW OFFICES OF FEDERICO C. SAYRE**
900 North Broadway, 4th Floor
Santa Ana, California 92701
Telephone:   (714) 550-9117
Facsimile:   (714) 550-9125


Attorneys for Plaintiffs ELINA MASID, JESSICA ALVARADO PANAMENO, TANGE JOHNSON and CANDELARIA TURCIOS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. CV-S-05-0427-LRH-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO RELEASE ALL LIENS** |
| CAESARS ENTERTAINMENT, INCORPORATED, a Delaware Corporation; PARK PLACE ENTERTAINMENT CORPORATION, a Delaware Corporation and DOES 1-10 inclusive, | |
| Defendants. | |
| ELINA MASID, JESSICA ALVARADO PANAMENO, TANGE JOHNSON and CANDELARIA TURCIOS, | |
| Plaintiff-Intervenors, | |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE of this stipulation between Thomas Moore, lien holder and Federico Castelan Sayre, attorney for the intervenors. Thomas Moore will receive $24,500.00 of the monies being held by LITTLER MENDELSON specifically Veronica Arechederra-Hall, Esq. The remaining amount of $244,475.26 to be paid to Federico Castelan Sayre.

1

IT IS SO STIPULATED:

DATED: September 13, 2007    LAW OFFICES OF FEDERICO C. SAYRE

By: _____
FEDERICO C. SAYRE, ESQ.
Attorneys for Plaintiff-Intervenors

DATED: September 13, 2007    THOMAS MOORE

By: _____
THOMAS MOORE
Attorney

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: September 14, 2007